**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01216-CV

### THE STATE OF TEXAS, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-12-30113**

## ORDER

We **GRANT** appellees' December 17, 2014 motion for an extension of time to file a brief. Appellees shall file their brief by **JANUARY 16, 2015**. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE